CONSOLIDATED COMPANIES, INC., Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued April 10, 1947; decided May 15, 1947.

*Rowland H. Long* and *Harry Cole Bates* for appellant.
*Frederick M. Schlater* and *Nicholas S. Massas* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.